United States District Court
Southern District of Texas
**ENTERED**
May 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| HECTOR MANUEL ARAGON-FLORES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:26-CV-00148 |
| § | |
| UNITED STATES OF AMERICA, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the May 6, 2026, Report and Recommendation ("R&R") prepared by Magistrate Judge Scott Hacker.  (Dkt. No. 7).  Judge Hacker made findings and conclusions and recommended that Plaintiff's Unopposed Motion to Dismiss Motion for Return of Property, (Dkt. No. 6), be granted, and this civil action be dismissed without prejudice.  (Dkt. No. 7).

The Parties were provided proper notice and the opportunity to object to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  No party filed an objection.  As a result, review is straightforward: plain error.  *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).  No plain error appears.

Accordingly, the Court accepts the R&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)     Judge Hacker's R&R, (Dkt. No. 7), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2)     Plaintiff's Unopposed Motion to Dismiss for Return of Property, (Dkt. No. 6), is **GRANTED**; and

(3)　　This action is **DISMISSED without prejudice**.

It is SO ORDERED.

Signed on May 29, 2026.

_____

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

2